# United States Bankruptcy Court
## Eastern District of Michigan

In re **Sheilagh Rana Springer**     Case No. **24-43585**
Debtor(s)     Chapter **13**

## PAYMENT ORDER

The above named Debtor(s) having filed a petition for relief under Chapter 13 of the Bankruptcy Code, and upon motion of the Debtor(s) pursuant to L.B.R. 1007-1(c)(1)(A) (E.D.M.);

**IT IS HEREBY ORDERED** that **Amazon**
("Payor"), at **202 Westlake Ave N, Seattle, WA 98109**

immediately forward and make payable to: **DAVID WM. RUSKIN**

**Chapter 13 Standing Trustee - DWR**
**1593 Reliable Parkway**
**Chicago, IL 60686-0015**

**$207.69** per ** **Weekly** (pay period) of the Debtor(s)' future gross income until the further Order of the Court and that it cease and desist from giving effect to any prior or future garnishment or assignment of the Debtor(s)' income except for order for child support, or alimony, current withholding taxes, union dues, and medical or other insurance premiums.

**Signed on May 3, 2024**



/s/ Maria L. Oxholm
Maria L. Oxholm
United States Bankruptcy Judge